UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :

UNITED STATES OF AMERICA         :

                                        :    **INFORMATION**

        - v. -           :

                                          :    S1 26 Cr. 25 (AT)

STEPHEN GRAHAM,           :

                                    :

        Defendant.         :

                                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>COUNT ONE</u>
### (Conspiracy to Commit Wire Fraud Affecting a Financial Institution and to Commit Bank Fraud)

The United States Attorney charges:

1.     From at least in or about 2018 up to and including in or about 2025, in the Southern District of New York and elsewhere, STEPHEN GRAHAM, the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit wire fraud, which affected a financial institution, in violation of Title 18, United States Code, Section 1343, and to commit bank fraud, in violation of Title 18, United States Code, Section 1344.

2.     It was a part and object of the conspiracy that STEPHEN GRAHAM, the defendant, and others known and unknown, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, which affected a financial institution, in violation of Title 18, United States Code, Section 1343, to wit,

GRAHAM, and others, agreed to make and cause to be made a series of false statements to First Brands Group's lenders and financiers regarding its financial condition and the existence, nature, and value of collateral that First Brands pledged or sold to its lenders and financiers.

3.      It was further a part and an object of the conspiracy that STEPHEN GRAHAM, the defendant, and others known and unknown, knowingly would and did execute, and attempt to execute, a scheme and artifice to defraud a financial institution, as that term is defined in Title 18, United States Code, Section 20, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such a financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344, to wit, GRAHAM, and others, agreed to make and cause to be made a series of false statements to financial institutions regarding its financial condition and the existence, nature, and value of collateral that First Brands pledged to its lenders and financiers.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
### (Wire Fraud Affecting a Financial Institution)

The United States Attorney further charges:

4.      From at least in or about 2018 up to and including at least in or about 2025, in the Southern District of New York and elsewhere, STEPHEN GRAHAM, the defendant, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, for the purpose of executing such scheme and artifice, which affected a financial institution, to wit, GRAHAM, and others, made a series of false statements to lenders regarding First Brands' financial condition to

fraudulently obtain money for First Brands from those lenders and financial institutions, and sent and received, and caused others to send and receive, emails, telephone calls, videoconferences, and other electronic communications, to and from the Southern District of New York and elsewhere, in furtherance of that scheme.

(Title 18, United States Code, Sections 1343 and 2.)

## COUNT THREE
### (Bank Fraud)

The United States Attorney further charges:

5.      From at least in or about 2018 up to and including at least in or about 2025, in the Southern District of New York and elsewhere, STEPHEN GRAHAM, the defendant, knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution, as that term is defined in Title 18, United States Code, Section 20, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such a financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, GRAHAM, and others, agreed to make and cause to be made a series of false statements to financial institutions regarding First Brands's financial condition to fraudulently obtain asset-backed financing for First Brands from those financial institutions.

(Title 18, United States Code, Sections 1344 and 2.)

## COUNT FOUR
### (Wire Fraud Affecting a Financial Institution)

The United States Attorney further charges:

6.      From at least in or about 2020 up to and including at least in or about 2025, in the Southern District of New York and elsewhere, STEPHEN GRAHAM, the defendant, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted

3

and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, for the purpose of executing such scheme and artifice, which affected a financial institution, to wit, GRAHAM, and others, engaged in a scheme to make a series of false statements to First Brands' factors, and caused others to send and receive, emails, telephone calls, videoconferences, and other electronic communications, to and from the Southern District of New York and elsewhere, in furtherance of that scheme.

(Title 18, United States Code, Sections 1343 and 2.)

## **FORFEITURE ALLEGATIONS**

7.      As a result of committing the offenses alleged in Counts One through Four of this Information, STEPHEN GRAHAM, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(A),  any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in Counts One through Four, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses that the defendant personally obtained.

### Substitute Assets Provision

8.      If any of the above-described forfeitable property, as a result of any act or omission by the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 18, United States Code, Section 982; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461.)

JAY CLAYTON
United States Attorney