

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob J, Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

March 10, 2026

**BY ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

     **RE:**   *United States v. Stephen Graham,* **S1 26 Cr. 25 (AT)**

Dear Judge Torres:

     With the consent of counsel for Stephen Graham, the Government respectfully requests that the Court order the imposition of the following standard conditions of pretrial release, to supplement the conditions entered on March 2, 2026:

1. Surrender all travel documents and make no new applications;
2. Pretrial Services supervision as directed;
3. Do not possess a firearm, destructive device or any other dangerous weapon in primary residence;
4. No contact with co-defendants and/or witnesses except in presence of counsel;
5. Do not open any new lines of credit or bank accounts without the approval of the court or Pretrial Services Officer; and
6. Do not relocate from residence without prior Pretrial Services approval.

                    Very truly yours,

                    JAY CLAYTON
                    United States Attorney

By: _____
                    Nicholas W. Chiuchiolo | Marguerite B. Colson
                    Peter J. Davis | Sarah Mortazavi
                    Assistant United States Attorneys

cc:  Defense counsel (by ECF)