UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

STEPHEN GRAHAM,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/27/2026____

26 Cr. 25 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 2, 2026, the Court granted the Government's request to delay the presentencing investigation process until after the outcome of the trial, or pretrial disposition, in *United States v. James et al.*, 26 Cr. 29 (AT). As *United States v. James et al.* is set to begin trial on February 9, 2027, the Court ADJOURNS *sine die* the sentencing of Mr. Graham currently set for August 3, 2026. By **April 16, 2027,** the parties shall file a status update in this matter.

SO ORDERED.

Dated: July 27, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge